UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ELIZABETH M. MAYS
On behalf of herself and a class
of employees and/or former employees
similar situated,

       Plaintiff,

vs.

4 MILE INC.,
AMBROSE T. SCHWARTZ, JR.,
DIANE M. SCHWARTZ, SYLVESTER
WEAVER, and PAMELA WEAVER,

       Defendants.

Case No.:_14-CV-396

---

## NOTICE OF CONSENT FILING

---

      PLEASE BE ON NOTICE that, pursuant to 29 U.S.C. § 216, Plaintiff hereby files

the attached consent form for the following person:

      Ashley Ressie

Dated this ⧙⧙ day of July, 2014.

      MOEN SHEEHAN MEYER, LTD.

      Justin W. Peterson (SBN 1087366)
      Attorney for Plaintiff
      201 Main Street, Suite 700
      La Crosse, WI 54601
      (608) 784-8310
      jpeterson@msm-law.com