## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

ELIZABETH M. MAYS
On behalf of herself and a class
of employees and/or former employees
similar situated,

       Plaintiff,

vs.

4 MILE INC.,
AMBROSE T. SCHWARTZ, JR.,
DIANE M. SCHWARTZ, SYLVESTER
WEAVER, and PAMELA WEAVER,

       Defendants.

Case No.: 14-CV-396

---

## NOTICE OF CONSENT FILING

---

PLEASE BE ON NOTICE that, pursuant to 29 U.S.C. § 216, Plaintiff hereby files

the attached consent form for the following person:

    Kathryn [REDACTED]

Dated this 26 day of August, 2014.

MOEN SHEEHAN MEYER, LTD.

Justin W. Peterson (SBN 1087366)
Attorney for Plaintiff
201 Main Street, Suite 700
La Crosse, WI 54601
(608) 784-8310
jpeterson@msm-law.com