## PLAINTIFF CONSENT FORM

I hereby consent to make a claim against Defendants, 4 Mile Inc., Ambrose T. Schwartz, Jr., Diane M. Schwartz, Sylvester Weaver, and Pamela Weaver, for overtime and regular pay. During the past three (3) years, there were weeks that I worked as a Dancer for Defendants during which time Defendants failed to pay me minimum wage and overtime and made unlawful deductions from my pay.

_[signature]_  8/14/14
Signature and Date

Kathryn ▓▓▓▓▓▓
Print Name

▓▓▓▓▓▓▓▓▓▓
Address

▓▓▓▓▓▓▓▓▓▓
City, State, Zip Code

▓▓▓▓▓▓▓▓▓▓
Home Telephone

▓▓▓▓▓▓▓▓▓▓
Mobile Telephone

▓▓▓▓▓▓▓▓▓▓
E-Mail Address

Emergency Contact (and phone number)

June 2010 – present
Dates of Employment with Defendants

**PLEASE SIGN AND RETURN TO:**
**MOEN SHEEHAN MEYER, LTD.**
**201 MAIN STREET, SUITE 700**
**LA CROSSE, WISCONSIN 54601**
**OR EMAIL/FAX TO**
**JPETERSON@MSM-LAW.COM**
**PHONE: 608-784-7310**
**FAX: 608-782-6611**