UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ELIZABETH M. MAYS,

    Plaintiff,

v.

Case No. 14-CV-396

4 MILE, INC.,
AMBROSE T. SCHWARTZ,
DIANE M. SCHWARTZ,
SYLVESTER WEAVER, and
PAMELA WEAVER,

    Defendants.

---

### DECLARATION OF ELIZABETH M. MAYS IN RESPONSE TO SUMMARY JUDGMENT MOTION AS TO SYLVESTER WEAVER

---

I, Elizabeth M. Mays, do declare, under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

1. That I am the plaintiff and class representative in this action.

2. During the course of my employment as a dancer at 4 Mile, Inc., the defendants repeatedly made it clear to me and other dancers that Sylvester Weaver, Pamela Weaver, Ambrose T. Schwartz ("A.J.") and Diane M. Schwartz collectively own 4 Mile, Inc.

3. That the original owner was Ambrose Schwartz Sr., who is the father of AJ and Pamela Weaver.

4. During the course of my employment with the defendants, I also learned that Sylvester Weaver, Pamela Weaver, A.J. and Diane M. Schwartz collectively own the real estate upon which 4 Mile, Inc. operates.

1

5. Furthermore, it is common knowledge among the dancers that the defendants are related to each other: Sylvester Weaver and Pamela Weaver are husband and wife; A.J. and Diane M. Schwartz are husband and wife; and A.J. and Pamela Weaver are brother and sister.

6. At various times throughout my employment, I have heard the defendants or their agents tell patrons of the 4 Mile, Inc. that any receipts from their purchases or ATM withdrawals would show the name "S.A. Controls" rather than "4 Mile, Inc."

## CERTIFICATION

I, Elizabeth M. Mays, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing statements contained in paragraphs 1-6 above are true and correct to the best of my knowledge.

I have executed this Declaration on September 3, 2014.

Signed,


/s/ Elizabeth M. Mays

_____

Elizabeth M. Mays