UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ELIZABETH M. MAYS, et al.
On behalf of themselves and a class
of employees and/or former employees
similarly situated,


v.                                                  Case No. 14-CV-396


4 MILE, INC., et al.

---

## MOTION TO EXTEND TIME UNDER RULE 6(b) AND
## ALLOW FILING OF PLAINTIFFS' PROPOSED FINDINGS AND
## RESPONSES TO DEFENDANTS' PROPOSED FINDINGS

---

Plaintiffs, by and through their attorneys Moen Sheehan Meyer, Ltd., by Justin W. Peterson, hereby move the Court under Fed. R. of Civ. P. 6(b) to extend the time to file and allow filing of plaintiffs' Proposed Findings (Dkt. # 29) and Responses to Defendants' Proposed Findings (Dkt. # 28) previously submitted to the Court regarding Defendants' Summary Judgment Motion for Sylvester Weaver.

This motion is supported by the Plaintiffs' Brief in Opposition to Defendants' Motion to Strike (Dkt. # 34) and the Affidavit of attorney Justin W. Peterson (Dkt. #35), also previously filed with the Court. No separate brief will be filed.

Dated this 2nd day of October, 2014.

**MOEN SHEEHAN MEYER, LTD.**

/s/ Justin W. Peterson
Justin W. Peterson (SBN 1087366)
201 Main Street, Suite 700
La Crosse, WI 54601
(608) 784-8310